In the Matter of LESTER R. HARDY, Appellant, v. NORMAN MEYER et al., Respondents.— GABRIELLI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.